IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01560-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JASON LOWRY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 30, 2013.**

    For reasons stated at the hearing on September 27, 2013 including compliance with D.C. Colo. LCivR 7.1A, Plaintiff's Motion to Seal Exhibit C to the Complaint and Amended Complaint [filed September 25, 2013; docket #23] is **denied without prejudice**.