IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.   13-cv-01560-WYD-MEH | Date:   November 7, 2013 |
| Courtroom Deputy:   Cathy Pearson | FTR – Courtroom A501 |

MALIBU MEDIA, LLC,                                                            Jason Kotzker

    Plaintiff,

v.

JASON LOWRY,                                                                     *Pro Se*

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**SCHEDULING CONFERENCE**

**Court in session:        10:26 a.m.**

Court calls case.   Appearances of counsel for Plaintiff and *pro se* Defendant.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:

Discussion held regarding Defendant's participation in the preparation of the proposed Scheduling Order.   Mr. Kotzker is directed to e-mail the proposed Scheduling Order to the Court before close of business today.

**Plaintiff's Rule 26(a)(1) Disclosures:        November 17, 2013**
**Defendant's Rule 26(a)(1) Disclosures:     November 24, 2013**

Discussion held regarding consent to the jurisdiction of a magistrate judge.

**Final Pretrial Conference:   October 16, 2014, at 10:00 a.m.**
(In addition to filing a PDF copy with the Clerk of the Court, counsel should **e-mail** the proposed Final Pretrial Order in **Word or WordPerfect format** to Magistrate Judge Hegarty's chamber's email account at Hegarty_Chambers@cod.uscourts.gov **one week prior to the conference.**)

**Court in recess:        10:36 a.m.        (Hearing concluded)**
**Total time in Court: 0:10**

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.